**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Kalvin Henry

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALVIN HENRY, individually an on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>Defendant, | Case No.:   2:24-cv-11004-SVW-BFM<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//

- 1 -
NOTICE OF SETTLEMENT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff KALVIN HENRY ("Plaintiff") and Defendant TRINITY UNIVERSAL INSURANCE COMPANY ("Defendant") (collectively "the Parties") have agreed to a settlement as to Plaintiff's individual claims against Defendant in the above-captioned action.

Plaintiff anticipates that the Parties will memorialize and execute a written settlement agreement and file a dismissal of Plaintiff's individual claims against Defendant within sixty (60) days of the date of this notice.

Plaintiff respectfully requests that request that any deadlines pertaining to this case be vacated in light of the Parties' settlement, and that the Court otherwise retain jurisdiction over this action, including to enforce the settlement, until a dismissal is filed.

Respectfully submitted,

Dated: May 30, 2025    **KAZEROUNI LAW GROUP, APC**

By: */s/ Mona Amini*
Mona Amini, Esq.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2025, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

                                                   */s/ Mona Amini*
                                                   Mona Amini