**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff,*
Kalvin Henry

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALVIN HENRY, individually an on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>Defendant, | Case No.:  2:24-cv-11004-SVW-BFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P 41(a)(1) WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

//
//
//
//

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Plaintiff Kalvin Henry ("Plaintiff"), by and through his attorneys, hereby voluntarily dismisses this action against Defendant Trinity Universal Insurance Company ("Defendant") (together, the "Parties"), with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, with each party bearing its own costs, expenses, and attorney's fees.

Respectfully submitted,

Dated: September 8, 2025          **KAZEROUNI LAW GROUP, APC**

By:  */s/ Mona Amini*
     Mona Amini, Esq.
     *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2025, I caused the foregoing to be filed electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

                                                             */s/ Mona Amini*
                                                             Mona Amini